UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RAY RATTLER (#91323)

VERSUS                                            CIVIL ACTION

BOBBY JINDAL, ET AL                               NUMBER 09-644-JJB-SCR

RULING

On September 8, 2009, the plaintiff was ordered within 20 days to pay an initial partial filing fee in the amount of $18.13. Record document number 5. Plaintiff was placed on notice that it was his responsibility to pay the filing fee; prison officials were not ordered to forward the money to the Clerk of Court.

Plaintiff was subsequently granted an extension of time until October 22, 2009, to pay the initial partial filing fee. Record document number 10.

A review of the record showed that the plaintiff failed to pay the initial partial filing fee.

Accordingly, the plaintiff's suit shall be dismissed without prejudice for failure to pay the filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November _____, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE