UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RAY RATTLER (#91323)

VERSUS                                                CIVIL ACTION

BOBBY JINDAL, ET AL                                   NUMBER 09-644-JJB-SCR

JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this action is hereby DISMISSED without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, November 17th, 2009.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE