UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAY RATTLER (#91323)

VERSUS                                     CIVIL ACTION

BOBBY JINDAL, ET AL                NUMBER 09-644-JJB-SCR

## J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the plaintiff's motion for new trial pursuant to Rule 59 is DENIED and this action is dismissed.

Baton Rouge, Louisiana, February 23rd, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE